Marie Noonan, Plaintiff Appellee, v. Chicago Motor Coach Company, Defendant Appellee.
In re Appeal of Edward C. Steinhauer, Petitioner Appellant.

**Gen. No. 42,835.**

opinion filed December 13, 1944; released for publication January 4, 1945. Edward C. Steinhauer, for appellant; Joseph Barbera and Seymour N. Cohen, *pro se*, for appellee. Opinion by JUSTICE KILEY. **Not to be published in full.**